IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACF WESTERN USA, Inc., | CASE NO. 1:12-cv-00182-LJO-BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: MOTION TO STRIKE** |
| vs. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., | |
| Defendants. | |

In light of the stipulation and proposed order filed on March 20, 2012, Plaintiff ACF Western USA, Inc., is given until March 26, 2012, to show cause why Defendant Travelers Property Casualty Company of America's motion to strike, filed on February 16, 2012, should not be granted.

IT IS SO ORDERED.

Dated:   **March 20, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1