**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| ACF WESTERN USA, INC., a California Non-Profit Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. 1:12-cv-00182-LJO-BAM<br>Assigned to the Honorable Lawrence O'Neill<br><br>**ORDER RE DISMISSAL OF (1) NON-ISSUING DEFENDANTS AND (2) PLAINTIFF'S THIRD CAUSE OF ACTION**<br><br>Action Removed:  February 8, 2012 |

## ORDER RE DISMISSAL

Pursuant to the Stipulation of Dismissal and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the following defendants are hereby dismissed, with prejudice:

1. Travelers Casualty Insurance Company of America;
2. Travelers Property Casualty Insurance Company; and
3. Travelers Commercial Insurance Company.

1  Pursuant to the Stipulation of Dismissal and Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's Third Cause of Action for Unfair Business Practices is hereby dismissed, with prejudice.

As a result of the above dismissals, Defendants' Motion to Dismiss is taken off the Court's calendar.

The Parties shall bear their own fees and costs in connection with the dismissal of defendants Travelers Casualty Insurance Company of America, Travelers Property Casualty Insurance Company and Travelers Commercial Insurance Company, and Plaintiff's Third Cause of Action.

The clerk is directed not to close the action.

IT IS SO ORDERED.

Dated:   **March 21, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE