**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| ACF WESTERN USA, INC., a California Non-Profit Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00182-LJO-BAM<br>Assigned to the Honorable Lawrence O'Neill<br><br>**ORDER RE DISMISSAL OF (1) NON-ISSUING DEFENDANTS AND (2) PLAINTIFF'S THIRD CAUSE OF ACTION**<br><br>Action Removed:  February 8, 2012 |

### ORDER RE DISMISSAL

Pursuant to the Stipulation of Dismissal and Rule 41(a)(1) of the Federal Rules of Civil Procedure, the following defendants are hereby dismissed, with prejudice:

1. Travelers Casualty Insurance Company of America;

2. Travelers Property Casualty Insurance Company; and

3. Travelers Commercial Insurance Company.

1    Pursuant to the Stipulation of Dismissal and Rule 41(a)(1) of the Federal Rules of Civil
2 Procedure, Plaintiff's Third Cause of Action for Unfair Business Practices is hereby dismissed,
3 with prejudice.
4    As a result of the above dismissals, Defendants' Motion to Dismiss is taken off the Court's
5 calendar.
6    The Parties shall bear their own fees and costs in connection with the dismissal of
7 defendants Travelers Casualty Insurance Company of America, Travelers Property Casualty
8 Insurance Company and Travelers Commercial Insurance Company, and Plaintiff's Third Cause
9 of Action.
10    The clerk is directed not to close the action.
11
12
13
14 IT IS SO ORDERED.
15   Dated:   **March 21, 2012**            /s/ Lawrence J. O'Neill
16                           UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28