**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| ACF WESTERN USA, INC., a California Non-Profit Corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation, authorized to do business in the State of California; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 1:12-cv-00182-LJO-BAM<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

On March 15, 2012 Plaintiff ACF Western USA ("ACF") and Defendants Travelers Casualty Insurance Company of America, Travelers Property Casualty Insurance Company, Travelers Commercial Insurance Company and Travelers Property Casualty Company of America (collectively "Travelers") filed their Stipulation to Continue Scheduling Conference with the Court. (Doc. 9.)

1

Case No.: 1:12-cv-00182-LJO-BAM
ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE

Having considered that Stipulation, and good cause appearing, it is hereby ordered the Scheduling Conference currently set for April 26, 2012, is continued to **May 9, 2012**, at **9:00 a.m.** before Magistrate Judge Barbara McAuliffe.

IT IS SO ORDERED.

Dated:   **March 21, 2012**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE