**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ACF WESTERN USA, INC., a California Non-Profit Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 1:12-cv-00182-LJO-BAM<br>Hon. Barbara A. McAuliffe<br><br>**ORDER GRANTING STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE DATES** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference Order (Doc. 19) is modified as follows:

1. The date for disclosing expert witnesses is extended from September 4, 2012 to September 28, 2012; and
2. The date for disclosing supplemental expert witnesses is extended from September 21, 2012 October 12, 2012.
3. No other dates will be continued and the trial and pretrial dates are confirmed.

IT IS SO ORDERED.

Dated:　**August 30, 2012**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-
ORDER RE: STIPULATION EXTENDING TIME FOR EXPERT WITNESS AND SUPLEMENTAL EXPERT WITNESS DISCLOSURES