**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ACF WESTERN USA, INC., a California Non-Profit Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 1:12-cv-00182-BAM<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

## STIPULATION OF DISMISSAL

In accordance with their concurrently filed Joint Notice of Settlement of Entire Case, ACF WESTERN USA, INC. and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA hereby stipulate that the above-captioned matter be dismissed with prejudice each party to bear its own costs and attorneys fees, with the exception of those subject to his Court's prior sanction order.

/./../

-1-

**ORDER**

Pursuant to the Joint Notice of Settlement and Stipulation of Dismissal (Doc. 35, 36), this case is dismissed with prejudice.  All pending motions and hearings are vacated.  Each party will bear their own costs and attorneys fees, with the exception of those subject to the Court's prior sanction order.  (Doc. 34.)  The Court shall retain jurisdiction over this matter for one hundred and twenty days time to allow for the parties to fulfill their duties under the settlement agreement.

IT IS SO ORDERED.

Dated:   **December 10, 2012**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE